# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

DANA LEE LIPFORD                                                                                       PLAINTIFF

v.                                        NO. 3:15-cv-00374 PSH

CAROLYN W. COLVIN, Acting Commissioner                                        DEFENDANT
of the Social Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this day, judgment is entered for the Acting Commissioner of the Social Security Administration.

IT IS SO ORDERED this 14th day of June, 2016.

_____
UNITED STATES MAGISTRATE JUDGE